Louis granting the State of Missouri, Department of Social Services, Family Support Division's, Motion to Dismiss for Failure to Exhaust Administrative Remedies and dismissing Mr. Isom's Motion to Set Aside Administrative Decision/Order, Motion for Temporary Restraining Order, and Motion for Reimbursement of Sums Paid to the Division of Child Support Enforcement. In his appeal, Mr. Isom contends that the trial court erred in its determination that the court lacked subject matter jurisdiction over the matter.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. We affirm the award pursuant to Rule 84.16(b).

## ORDER

PER CURIAM.

Rodney McAllister, Sr. appeals the trial court's grant of summary judgment in favor of Mischelle Rodgers. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**Rodney McALLISTER, Sr., Appellant,**

v.

**Mischelle RODGERS, Respondent.**

No. ED 86107.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 29, 2005.

Jerryl Thomas Christmas, St. Louis, MO, for appellant.

Amber L. Kempf, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

**Denise MARTIN, Claimant/Appellant,**

v.

**NATIONAL LINEN UNIFORM CO.,**
**and Division of Employment Security, Respondents.**

No. ED 86871.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 29, 2005.